IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-40943
Conference Calendar
_____

WILBERT C. JOHNSON,

                                        Plaintiff-Appellant,

versus

GARY L. JOHNSON, DIRECTOR, TEXAS DEPARTMENT
CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL.,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:97-CV-81
- - - - - - - - - -
June 17, 1998
Before DAVIS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Wilbert C. Johnson, Texas inmate #613845, appeals from the

judgment dismissing his civil rights complaint as frivolous.  We

have carefully reviewed the record and the appellate arguments.

The essence of Johnson's complaint arises from the revocation of

probation, the issuance of parole, and the revocation of that

parole.  Judgment in Johnson's favor necessarily would call into

question the validity of those proceedings, and Johnson has not

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

demonstrated that the rulings from those proceedings have been otherwise overturned. Therefore, his cause of action has yet to arise. See Heck v. Humphrey, 512 U.S. 477, 486-87 (1994); Jackson v. Vannoy, 49 F.3d 175, 177 (5th Cir. 1995). The district court did not abuse its discretion in dismissing the complaint as frivolous. See McCormick v. Stalder, 105 F.3d 1059, 1061 (5th Cir. 1997).

AFFIRMED.